**FILED**

MAR 11 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIE EUGENE HENDRICKS,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID LONG,<br><br>    Respondent. | No. C 15-0690 LHK (PR)<br><br>ORDER OF TRANSFER |

Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner seeks habeas relief from his underlying criminal sentence from the Superior Court of Sacramento County, which lies in the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Eastern District of California is the district of conviction.

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

---

[1] On March 3, 2015, this matter was reassigned to the undersigned judge.

Order of Transfer
P:\PRO-SE\LHK\HC.15\Hendricks690trans.wpd

IT IS SO ORDERED.

DATED: 3/11/2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order of Transfer
P:\PRO-SE\LHK\HC.15\Hendricks690trans.wpd          2